```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 08-20436-CR-GRAHAM
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS FLORES LOPEZ,

    Defendant.
_____/   **O R D E R**

**THIS CAUSE** came before the Court upon the Defendant's Notice of Intent to Adopt Carlos Flores Lopez's Motion to Suppress Identification Testimony which the Court will treat as a Motion to Adopt Counsel's Previously filed Motion to Suppress, (D.E. 157).

**THE COURT** having reviewed the issues at hand, and being otherwise fully advised in the premises it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion to Adopt is **Granted.**

**DONE AND ORDERED** in Chambers, at Miami, Florida this 16th day of June, 2008.

                                                /s/ Donald L. Graham
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

Copied: Gregory A. Samms, Esq.
       Andrea Hoffman, AUSA
       Rodrick Vereen, Esq.