UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE DONALD L. GRAHAM**

ate:   7/31/09 **Day #4**            Case# **08-20436-CR-DLG**

CRD: C. Foster                     Ct. Reporter: C. Horenkamp

PARTIES: <u>UNITED STATES OF AMERICA</u>

VS.     **CARLOS FLORES LOPEZ**

| GOVERNMENT ATTORNEYS | DEFT. ATTORNEYS |
|---|---|
| Andrea Hoffman, AUSA | Gregory Samms, Esq. |

____/    am/pm   Trial Commenced - **Jury**

____/         Statement of case to jury - voir dire

**7/27/09**     Jury impaneled *(Magistrate Turnoff & Sworn by Judge Graham)*

Deliberations Continued

Jury Deadlocked Mistrial

____/ Trial Continued until _____ at _____ am/pm
____/ Jury returned verdict of _____. See verdict form
____/ Court trial continued to _____ at _____ am/pm