```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
              CASE NO. 08-20436-GRAHAM(s)(s)(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CARLOS FLORES LOPEZ,

        Defendants.

_____/

## ORDER GRANTING CONTINUANCE

**THIS CAUSE** was considered upon the status conference held on Monday, August 31, 2009. At the conference, the parties jointly requested that the court extend the trial date in this action. For the reasons set forth in the Motion and the Court finding that the ends of justice will be served by a continuance of the trial date. Accordingly, it is

**ORDERED AND ADJUDGED** that Joint Request to Continue Trial Date is **Granted.** Trial in this cause is hereby set for the two week period commencing **September 28, 2009** and ending **October 9, 2009** in the Wilkie D. Ferguson, Jr., United States Courthouse, Courtroom 13-4, 400 North Miami Avenue, Miami, Florida. **Calendar call** will be held on **Wednesday, September 23, 2009** at 3:00 p.m.

The Court finds that the period of delay from August 31, 2009, to October 9, 2009, and any other trial date set hereafter excludable in calculating the period within which trial must

commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, et. seq.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of September, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Gregory Samms, Esq.
        Andrea Hoffman, AUSA