UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20436-CR-GRAHAM

UNITED STATES OF AMERICA

v.

CARLOS LOPEZ,

    **Defendant**
_____/

## WITNESS LIST

1. Special Agent Marco Suarez
   Immigration & Customs Enforcement
   Miami, Florida

2. Special Agent Manuel Orta
   Immigration and Customs Enforcement
   Miami, Florida

3. Senior Special Agent Wayne Grinnan
   Immigration and Customs Enforcement
   Miami, Florida

4. Senior Special Agent Sebastian Tarallo
   Immigration and Customs Enforcement
   Miami, Florida

5. Special Agent Harold Hurley
   Drug Enforcement Administration
   Miami, Florida

6. Special Agent Ryan Johnson
   Drug Enforcement Administration
   Houston, Texas

7. Special Agent Kim Wright
   Drug Enforcement Administration
   Miami, Florida

8.     Special Agent Shane Catone
   Drug Enforcement Administration
   Miami, Florida

9.     Special Agent Louis D'Ambrosia
   Drug Enforcement Administration
   Miami, Florida

10.    Custodian of Records – American Airlines
    Miami, Florida

11.    Adolpho Espinosa
    Miami, Florida

12.    Mauricio Bedoya-Echeverry,
    Miami, Florida

13.    Yoilan Eladio Pacheco-Rodriguez,
    Miami, Florida

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

By:    s/Andrea G. Hoffman
      Andrea G. Hoffman
      Assistant United States Attorney
      Court No. A5500885
      99 N.E. 4th Street
      Miami, Florida 33132
      Tel: (305) 961-9099
      Fax: (305) 536-7213

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 5, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                s/Andrea G. Hoffman
                                                Andrea G. Hoffman
                                                Assistant United States Attorney