UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL TRIAL MINUTES FOR JUDGE DONALD L.GRAHAM**

Date: 10/14/09     Day #7     Case# 08-20436-CR-DLG(s)(s)(s)
CRD: C. Foster                Ct. Reporter: C. Horenkamp

PARTIES: <u>UNITED STATES OF AMERICA</u>
VS.

GOVERNMENT ATTORNEYS                    DEFT. ATTORNEYS
Andrea Hoffman, AUSA                    Gregory Samms, Esq.

_____/    am/pm   Trial Commenced - Jury/Non-Jury
_____/            Statement of case to jury - voir dire
√ ___/            Jury impaneled & Sworn *10/5/09*

   Magistrate Torres held hearing w/alternate juror and based on comments juror excused and deliberations will proceed with 11 jurors;

_____/   Trial Continued until _____ am/pm
√ ___/   Jury returned verdict *(See verdict form)*
_____/   Court trial continued to _____ at _____ am/pm