EXHIBIT LIST

PAGE ___ OF ___ PAGES

| CASE NAME: | UNITED STATES<br>v.<br>Carlos Flores Lopez<br>Defendant. | | ASSISTANT U.S. ATTORNEY<br>Andrea G. Hoffman | | | |
|---|---|---|---|---|---|---|

CASE NO.: 08-20436-CR-GRAHAM(s)(s)(s) (TRIAL)     1-36

| GX NO | DESCRIPTION | BATES NUMBER | WITNESS IDENTIFYING | DATE OFFERED | ADMITTED | DENIED | OTHER WITNESS |
|---|---|---|---|---|---|---|---|
| 1. | Stipulation Regarding Recordings (Audio and Video) | | | | ✓ | | |
| 2. | Video Recording of Meeting with Carlos Lopez on April 23, 2008 | | | | ✓ | | |
| 3. | Audio Recording of Meeting with Carlos Lopez on April 23, 2008 | | | | ✓ | | |
| 4. | Audio Recording of Ten Telephone Calls involving Mauricio Bedoya | | | | ✓ | | |
| 5. | Stipulation Regarding Transcript Book | | | | ✓ | | |
| 6. | Transcript Book of all Audio Taped Meetings and Telephone calls | | | | ✓ | | |
| 7. | Stipulation Regarding Narcotics | | | | ✓ | | |
| 8. | Laboratory Report Regarding Narcotics Seized on May 21, 2008 | | | | ✓ | | |
| 9. | Laboratory Report Regarding Narcotics Seized on December 9, 2006 | | | | | | |

EXHIBIT LIST

PAGE ___ OF ___ PAGES

| CASE NAME: | UNITED STATES v. Carlos Flores Lopez Defendant. | ASSISTANT U.S. ATTORNEY Andrea G. Hoffman |
|---|---|---|

CASE NO.: 08-20436-CR-GRAHAM(s)(s)(s) (TRIAL)

| GX NO | DESCRIPTION | BATES NUMBER | WITNESS IDENTIFYING | DATE OFFERED | ADMITTED | DENIED | OTHER WITNESS |
|---|---|---|---|---|---|---|---|
| 10. | Laboratory Report Regarding Narcotics Seized on July 17, 2007 | | | | ✓ | | |
| 11. | Laboratory Report Regarding Narcotics Seized on September 8, 2007 | | | | ✓ | | |
| 12. | Laboratory Report Regarding Narcotics Seized on December 7, 2007 | | | | ✓ | | |
| 13. | D.A.V.I.D. Photograph of Carlos Lopez ✓ | | | | ✓ | | |
| 14. | D.A.V.I.D. Photograph of John Lopez | | | | ✓ | | |
| 15. | Aerial Photograph of Parking Lot where Meeting of April 23rd occurred (Large Blow up) | | | | ✓ | | |
| 16. | Stipulation Regarding American Airlines Records | | | | | | |
| 17. | John Lopez' American Airlines Travel Records | | | | ✓ | | |
| 18. | Carlos Lopez' American Airlines Travel Records | | | | ✓ | | |

EXHIBIT LIST

PAGE ___ OF ___ PAGES

**CASE NAME:** UNITED STATES v. Carlos Flores Lopez, Defendant.

**ASSISTANT U.S. ATTORNEY:** Andrea G. Hoffman

**CASE NO.:** 08-20436-CR-GRAHAM(s)(s)(s) (TRIAL)

| GX NO | DESCRIPTION | BATES NUMBER | WITNESS IDENTIFYING | DATE OFFERED | ADMITTED | DENIED | OTHER WITNESS |
|---|---|---|---|---|---|---|---|
| 19. | Carlos Lopez' American Airlines Time and Attendance Records | | | | ✓ | | |
| 20. | John Lopez' American Airlines Time and Attendance Records | | | | ✓ | | |
| 21. | American Airlines travel records regarding July 2007 flight by John and Carlos Lopez | | | | ✓ | | |
| 22. | American Airlines Employee Records for Carlos Lopez | | | | ✓ | | |
| 23. | DHL receipt dated April 2, 2008 referencing shipment to Book by the Sea | | | | ✓ | | |
| 24. | Commercial Invoice dated April 2, 2008 referencing shipment to Book by the Sea | | | | ✓ | | |
| 25. | Photograph of Crate Shipment of Test Load | | | | ✓ | | |
| 26. | DHL receipt dated April 4, 2008 referencing shipment to Book by the Sea | | | | ✓ | | |
| 27. | Commercial Invoice dated April 4, 2008 referencing shipment to Book by the Sea | | | | ✓ | | |

EXHIBIT LIST

PAGE ___ OF ___ PAGES

| CASE NAME: | UNITED STATES v. Carlos Flores Lopez Defendant. | | ASSISTANT U.S. ATTORNEY Andrea G. Hoffman | | |
|---|---|---|---|---|---|
| CASE NO.: 08-20436-CR-GRAHAM(s)(s)(s) (TRIAL) | | | | | |

| GX NO | DESCRIPTION | BATES NUMBER | WITNESS IDENTIFYING | DATE OFFERED | ADMITTED | DENIED | OTHER WITNESS |
|---|---|---|---|---|---|---|---|
| 28. | Photograph of Crate Shipment of 2nd Test Load | | | | | | |
| 29. | DHL receipt dated May 20, 2008 referencing shipment to Book by the Sea | | | | ✓ | | |
| 30. | Commercial Invoice dated May 20, 2008 referencing shipment to Book by the Sea | | | | ✓ | | |
| 31 | Shipping label from Crate -- Airway Bill 9052598354 | | | | ✓ | | |
| 32-A. | Photograph of Crate Shipment of Load (5/21/08) | | | | ✓ | | |
| 32-B. | Photograph of Plastic Wrapped Load (5/21/08) | | | | ✓ | | |
| 32-C. | Photograph of Posters in Plastic Wrapped (5/21/08) | | | | ✓ | | |
| 32-D. | Photograph of Posters with Narcotics (5/21/08) | | | | ✓ | | |
| 32-E. | Photograph of Posters with Narcotics (5/21/08) | | | | ✓ | | |
| 32-F. | Photograph of Garfield Poster with Narcotics (5/21/08) | | | | ✓ | | |
| 33A. | Photograph for December 2006 Seizure | | | | ✓ | | |

## EXHIBIT LIST

PAGE ___ OF ___ PAGES

| CASE NAME: | UNITED STATES v. Carlos Flores Lopez Defendant. | ASSISTANT U.S. ATTORNEY Andrea G. Hoffman |
|---|---|---|

CASE NO.: 08-20436-CR-GRAHAM(s)(s)(s) (TRIAL)

| GX NO | DESCRIPTION | BATES NUMBER | WITNESS IDENTIFYING | DATE OFFERED | ADMITTED | DENIED | OTHER WITNESS |
|---|---|---|---|---|---|---|---|
| 33B. | Photograph for December 2006 Seizure | | | | | | |
| 34-A | Photograph of suitcase (7/7/07) | | | | ✓ | | |
| 34-B. | Photograph of x-ray of suitcase (7/7/07) | | | | ✓ | | |
| 34-C. | Photograph of open suitcase with narcotics (7/7/07) | | | | ✓ | | |
| 34-D. | Close-up photograph of open suitcase with narcotics (7/7/07) | | | | ✓ | | |
| 35-A. | Photograph of rolls of narcotics (9/7/07) | | | | ✓ | | |
| 35-B. | Photograph of inside rolls of narcotics (9/7/07) | | | | ✓ | | |
| 35-C. | Photograph of testing of narcotics (9/7/07) | | | | ✓ | | |
| 36-A. | Photograph of suitcase containing narcotics (12/2/07) | | | | ✓ | | |
| 36-B. | Sheet of Photographs of Narcotics seized (12/2/07) | | | | | | |

PAGE ___ OF ___ PAGES

EXHIBIT LIST

| CASE NAME: | UNITED STATES v. Carlos Flores Lopez Defendant. | | | | ASSISTANT U.S. ATTORNEY Andrea G. Hoffman | | | |
|---|---|---|---|---|---|---|---|---|

CASE NO.: 08-20436-CR-GRAHAM(s)(s)(s) (TRIAL)

| GX NO | DESCRIPTION | BATES NUMBER | WITNESS IDENTIFYING | DATE OFFERED | ADMITTED | DENIED | OTHER WITNESS |
|---|---|---|---|---|---|---|---|
| ~~37.~~ | ~~Powerpoint of Joint Travel~~ | | | | ✓ | | |
| 38. | Narcotics Seized on May 21, 2008 | | | | ✓ | | |
| 39. | Narcotics Seized on September 8, 2007 | | | | ✓ | | |
| 40. | Narcotics Seized on December 2, 2007 | | | | ✓ | | |
| 41. | Poster from May 21, 2008 seizure | | | | ✓ | | |
| 42. | Audio Recording of Two Telephone Calls involving Mauricio Bedoya | | | | | | |
| ~~43.~~ | ~~Report of Voice Analysis~~ | | | | | | |