UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __08-20436-CR-GRAHAM(s)(s)(s)__

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CARLOS FLORES LOPEZ,

          Defendants.
_____/

**CLERK'S RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ to be stored by Records Section in: ☐Miami ☐ FTL ☐WPB ☐KW ☐FTP

☐ Other _____

_____

_____

Attachments (circle one)
Exhibit List    Order of Court

EXHIBITS RELEASED:
by: _[signature]_
(Courtroom Deputy)
Date: 10/14/09

☐ **EXHIBITS RELEASED TO RECORDS CLERK:**
    NAME: _____
    SIGNATURE: _____
    DATE: _____

☐ **EXHIBITS RELEASED TO ATTORNEY:**

    **AGENCY and/or FIRM NAME:**

    ADDRESS: 99 NE 4th St, Miami, Fl

    TELEPHONE: (305) 961-9099

    PRINT NAME: Andrea E. Hoffman

    SIGNATURE: _[signature]_

ORIGINAL-Court file

c:    Records Section
      Counsel signing form (if applicable)